# IN THE COURT OF APPEALS OF IOWA

No. 19-1956
Filed April 15, 2020

**IN THE INTEREST OF B.R.,**
**Minor Child,**

**T.R., Guardian,**
     Petitioner-Appellee,

**A.B., Mother,**
     Respondent-Appellant.
_____

     Appeal from the Iowa District Court for Clinton County, Mark Fowler, Judge.

     A mother appeals an order terminating her parental rights in a chapter 600A proceeding. **AFFIRMED.**

     Martha L. Cox, Bettendorf, for appellant.

     Robert J. McGee of Robert J. McGee, P.C., Clinton, for appellee.

     J. Drew Chambers of Holleran, Shaw, Murphy & Stoutner, Clinton, attorney and guardian ad litem for minor child.

     Considered by Tabor, P.J., and Mullins and Schumacher, JJ.

**MULLINS, Judge.**

The mother gave birth to B.R. thirteen years ago and, while still in the hospital, an uncle became guardian of the child. The uncle commenced this proceeding under Iowa Code chapter 600A (2019) to terminate the mother's parental rights. After a trial, the district court granted the petition, and the mother appeals.[1] She argues the evidence was not clear and convincing that she abandoned the child, she contributed to supporting the child according to her means, the uncle interfered with her ability to communicate with the child, termination is not in the child's best interests, and the court was wrong in finding the uncle was credible.

Our review is de novo. *In re B.H.A.*, 938 N.W.2d 227, 232 (Iowa 2020). We defer to the trial court's findings of fact, especially when considering credibility of witnesses. *Id.* The district court's written opinion considered all the issues presented. We have reviewed the record of the proceedings and, giving deference to the affirmative credibility findings made by the district court on the critical issues finding the uncle credible and the mother not credible, approve of the reasons and conclusion in the court's ruling. A full opinion from this court would not augment or clarify existing case law.

We affirm the district court without further opinion. *See* Iowa Ct. R. 21.26(1)(d), (e).

**AFFIRMED.**

---

[1] The uncle waived filing a brief on appeal.